FEDERAL MEDICAL CENTER, DEVENS CAMP

P.O. BOX 879

AYER, MASSACHUSETTS 01432

July 18, 2017

Dear HONORABLE GEORGE A. O'TOOLE, JR,

My name is Marshall Lane. You sentenced me to 150 months
on September 8th 2010. I became addicted to pharmaceutical opiates
in 2003 and eventually transitioned to herion use. I had a troubled
childhood. I used drugs to escape my problems and responsibilities.
I abused my prescription Adderall as a preteen and teen. I smoked
and sold marijuana when I was a teen, sold cocain in my early twenties,
and eventually got involved in selling crystal meth and herion, which
is the reason you sentenced me to 150 months in prison. I am deeply
ashamed of my past choices.

I sobered up in prison. My time has been used productively. I taught
GED classes for 3 years at Otisville medium security prison, where
I earned a 2000 hour teachers aid apprenticeship through the Department
of Labor. I helped many men earn their GED, which gave me the confidence
to further my own education.

I also participated in the Mentorship Program in Otisville.
A program reserved for the brightest and most well behaved prisoners.
There was a strict interviewing and vetting process to gain
addmission to this program, but those who were accepted gained access
to higher educational opportunities. Professors, business people,
and speakers came from the community to teach mentors communication
skills, public speaking, creative writing, resume writing, interviewing
skills, and more. As a mentor I took this knowledge and coached inmates
nearing release (mentees) on how to find jobs, write resumes, interview,
and operate successfully in society.

Durring this time my Aunt Kris and Uncle Mark (My Father's brother
and sister) enrolled me in two LSU correspondence college courses:
Intro to Psychology and College Algebra. I'm proficient in math, but
found the algebra difficult without a computer. It often took me more
than one page of scrap paper to solve a problem, then I had to graph
the coordinates by hand. I recieved a B for the math course.

I read the psychology book and found the science fascinating. I aced
the LSU psych course.

The problem was, my family couldn't afford to pay for a $10,000
associates degree from a correspondence college like LSU or Ohio State.
Through research I found that Ashworth College provided a Psychology
Associates Degree Program for half the price. My family enrolled me on
a monthly pay plan. Regardless, the money continued to be an issue. I
told one of my counselors at Otisville about my quandary. She in turn
shared my problem with a professor from Queensborough Community College,
who was teaching the mentors public speaking. The professor's name is
Dr. Franca Ferrari-Bridgers. Franca and her husband agreed to finance my
college if I answered some questions and wrote a CV and resume. I did
as they asked, and they were pleased with my work. Franca and her husband
paid for two thirds of my degree, my aunt and uncle paid for the other
third. I graduated with a 3.79 out of a possible 4.0 GPA.

Besides being a tutor, mentor, and college graduate; I've managed to
remain incident report free my entire incarceration. I've participated
in drug programs, health and fitness programs, a horticulture program,
a stationary engineering apprenticeship, I've trained in welding,
I've trained in construction and heavy machinery operation, I've done
mechanical work, I learned how to type over 40 words per minute, I'm
proficient in Microsoft Office, and I'm currently the head maintenance
technician for FMC Devens Camp. When things break in the camp I fix
them. I like the maintenance job, because it allows me to put my
problem solving skills to use. I believe the most important part of
problem solving is having the humility to ask questions and ask
for help.

I've participated in the Community Outreach Program at Devens Camp
for over a year. The Outreach program is run by two social workers
from the prison. There was also a rigorous interviewing and vetting
process for this program. I was one of the first applicants accepted
when the program started. The mission of the Outreach Program is for
inmates to visit high schools and colleges to speak about the dangers
of drugs and crime. I've visited many different schools to talk

about my life, my bad decisions, and how those choices hurt others and myself. I do this in the hope that my testimony deters others from making the same mistakes that led me to the place I'm in now.

I have also been studying and practicing Theravada Buddhism for the past 3 years. Buddhism has given me a strong moral foundation, especially the precept of abstinence from intoxicants, which states that using intoxicants polutes the mind causing delusional thinking and suffering. Something I understand all too well.

I am not the man who stood before you all those years back. I'm a better man, with a changed heart. My mind and actions reflect kindness, restraint, generosity, compassion, and determination. I would like to use my psychology degree to help addicts get clean, I would like to be a positive force in the lives of underprivileged kids, and I'd like to continue my education. I have the tools to help people struggling with addiction, and I'm ready to be a transformative influence in the community. I feel confident in my ability to make a positive contribution to society, because I understand that even the most down trodden of souls can do amazing things with the right kind of motivation.

   As long as I'm in prison my abilities are of minimal effect. I can no longer pursue college. Prison also offers little help for those trying to educate themselves (see enclosed cop-out). When the two point reduction came out my sentence was unaffected, because my guidelines were too high. I spend my time in prison helping others. I'm ready to help people in society, while under appropriate suppervision. Is there anything you can do to help me?

Enclosed are some certificates and some information about my accomplishments. Included are a few letters from people who I've met in prison and have shaped my life in a positive way. I could have added more, but to avoid loquacity I opted for contents of high substance. There are also a couple of college papers squeezed in at the end if you are interested in reading them. If you would like more info or references, let me know. Thank you for your time and consideration.

                                          Sincerely,

                                          Marshall Ross Save

P.S. Please docket this packet.

Dr. Franca Ferrari-Bridgers

To the Honorable George A. O'toole, Jr.
United States District Judge.

New York, July 12th, 2017

It is with great pleasure that I am writing this letter on behalf of Mr. Marshall Lane (26904-038). I met Mr. Marshall in 2012 when I was teaching a public speaking course at Otisville Federal Correctional Facility. Since the first meeting Marshall stood out as an outstanding student. Not only he was eager to learn but also, he immediately demonstrated his exceptional intelligence. Marshall's intellectual abilities impressed me so much that my husband and I decided to support Marshall's college education. Marshall did not disappoint us and after few semesters he earned his Associated Degree in Psychology, while incarcerated.

But Marshall's exceptional intellectual abilities are not the only features of Marshall's personality that surprised me. Marshall's desire to use his life experience to help the youth at risk is another aspect of his character that I sincerely admire. I am so proud that Marshall is putting in practice what he learned about public speaking by becoming a fine motivational speaker. The list of events Marshall delivered his speeches is quite impressive and it shows that Marshall has been active in his community helping the youth to understand the legal consequences of illegal behaviors and activities.

Marshall's openness about his past errors and his desire to help the youth to avoid committing the same mistakes show to me how Marshall intelligently used his experience in prison to improve himself as a person. This also shows how Marshall took advantage of what the Correctional system offers in terms of education, rehabilitation and training to really change himself. Marshall has an outstanding record of certificates and hours of services inside different correctional facilities that can prove his desire to change his old self.

To conclude, Honorable George A. O'toole, Jr., I hope you will take into consideration my words while making a decision about Marshall's sentence. Please do not hesitate to contact me at ff244@nyu.edu if you have any question

Sincerely

Dr. Franca Ferrari-Bridgers

July 24, 2017

To whom it may concern,

Inmate Lane reg. # 26904-038 has worked in Facilities at FMC Devens for the past 1.5 years. Inmate Lane has shown positive work ethics his entire time in this department. He has taken great strides to complete assignments and has taken the lead on many projects. He has been a positive influence on new inmates assigned to the detail.

D. Walsh
Maintenance Mechanic Foreman



**U.S. Department of Justice**

**Federal Bureau of Prisons**

*Federal Medical Center, Devens*

P.O. Box 880
Ayer, MA 01432

1 August 2017

**SUBJECT:**   FMC Devens - Community Outreach Program, Participation
LANE, Marshall
Reg. No. 26904-038

**FROM:**       CDR Robyn Coons, LICSW, BCD, Program Coordinator

The Federal Bureau of Prisons Medical Center - Devens located in Ayer, Massachusetts, has a community outreach program utilizing minimum security inmates to give presentations about their lives, their criminal lifestyles, their incarceration experiences, the effect it has had on them and their families, and lessons learned in a hope that others will not make the same mistakes they did.   It is not a "scared straight" style of talk, but a straight-forward, down-to-earth sharing of their lives, opportunities lost, personal insight, and an opportunity to take questions and interact with the audience.   The participants in this program are carefully screened and selected based on their behavior in their unit, job detail, willingness to accept responsibility for their choices and commitment to make the needed changes in their lives.

Mr. Lane was a member of this program from 1 December 2016 through 4 August 2017, and participated in 11 programs to date, speaking to over 2000 students.   By sharing his compelling story, Mr. Lane has offered adolescents, young adults, "at-risk" youths, insight and reflection as to the realities and consequences of irresponsibility, drug abuse, greed, peer pressure, the criminal justice system, and loss of freedom.   As well as, positive actions a person can take to deal with the challenges of life.   In addition to the community presentations, Mr. Lane was expected to participate in weekly meetings.   Mr. Lane was supportive of other FMCD presenters, conducted himself in a positive manner and displayed appropriate behaviors both in the community and at FMC Devens Camp.

# The United States Department of Labor

## Office of Apprenticeship

## Certificate of Completion of Apprenticeship

This is to certify that

### Marshall Lane

has completed an apprenticeship for the occupation

### Teacher Aide I

under the sponsorship of

### FCI Otisville, NY

in accordance with the basic standards of apprenticeship

established by the Secretary of Labor

_Apprenticeship & Training Representative_
March 7, 2013

_Date Completed_



_Secretary of Labor_

_Administrator, Office of Apprenticeship_

# Outstanding Service

IN HONOR OF YOUR OUTSTANDING PERFORMANCE AND DEDICATION TO GENERAL EDUCATION DEVELOPMENT, THE EDUCATION DEPARTMENT AT FCI OTISVILLE, NEW YORK GLADLY PRESENTS

## MARSHALL R. LANE

WITH THIS CERTIFICATE OF RECOGNITION FOR YOUR HIGH STANDARDS OF EXCELLENCE
AS A

### ACADEMIC TUTOR





M. Pardoe
_____
TUTOR SUPERVISOR

_____
SUPERVISOR OF EDUCATION (SOE)

# Ashworth College

*In recognition of the completion of the prescribed program of study*

## Associate of Applied Science in

### Psychology

#### Magna Cum Laude

*This Degree is hereby awarded to*

## Marshall Ross Lane

*In testimony whereof, this Diploma has been conferred in Atlanta, Georgia. Whereupon the undersigned have affixed their names on this Twelfth day of October, Two Thousand Sixteen.*

Rob Klapper
President



ASHWORTH COLLEGE
DICTUM · SCIENTIA

William Kakish, J.D., Ph.D
Chief Academic Officer

# ASHWORTH
## COLLEGE

Student:Marshall Ross Lane#26904-038

Graduation: Oct 12, 2016

Student ID: AC1308147

Issue Date: Oct 12, 2016

| COURSE | GPA | DATE ENROLLED | DATE COMPLETED | GRADE | CREDITS/UNITS |
|--------|-----|---------------|----------------|-------|---------------|
| Introduction to Business | | 10/17/2013 | 12/10/2013 | B | 3 |
| Business English | | 12/10/2013 | 02/07/2014 | B | 3 |
| Human Relations | | 01/31/2014 | 03/19/2014 | A | 3 |
| Introduction to Psychology II | | 01/31/2014 | 06/02/2014 | A | 3 |
| Personal Finance | | 09/08/2014 | 10/14/2014 | B | 3 |
| Human Growth and Development I | | 10/10/2014 | 12/22/2014 | A | 3 |
| Human Growth and Development II | | 11/07/2014 | 01/13/2015 | A | 3 |
| Business Communication | | 12/22/2014 | 01/20/2015 | A | 3 |
| American Government | | 01/20/2015 | 05/12/2015 | A | 3 |
| Social Problems | | 03/25/2015 | 06/17/2015 | A | 3 |
| Social Psychology | | 07/14/2015 | 09/17/2015 | A | 3 |
| Abnormal Psychology | | 07/20/2015 | 12/10/2015 | A | 3 |
| Organizational Behavior | | 09/23/2015 | 11/25/2015 | A | 3 |
| Introduction to Computers | | 12/28/2015 | 02/25/2016 | A | 3 |
| Psychology of Personality | | 02/16/2016 | 03/12/2016 | A | 3 |
| Business Ethics | | 06/20/2016 | 09/01/2016 | B | 3 |
| Principles of Marketing | | 05/10/2016 | 07/21/2016 | A | 3 |
| Human Resource Management | | 07/27/2016 | 09/08/2016 | A | 3 |

Please contact us at answers@outreach.lsu.edu if you have a question about a discrepancy in your records and this list of grades.

11

**Grade Listing For:**      Lane, Marshall Ross
**Enrollment Number:**      705541
**Course Code:**      PSYC 2000
**Course Title:**      INTR TO PSYC
**Overall Course Grade:**      A
**Enrollment Date:**      09/21/2012
**Expiration Date:**      06/21/2013

**Exam Center:**
**Admin Name:**      MICHAEL PAVILONIS, PROCTOR
**Admin Addr Line1:**      EDUCATION SPECIALIST
**Admin Addr Line2:**      FCI OTISVILLE NY
**Admin Addr Line3:**      PO BOX 1000
**City, State Zip:**      Otisville, NY 10963
**Admin Phone:**      845-386-6264      **Admin Fax:**

Please contact us at answers@outreach.lsu.edu if you have a question about a discrepancy in your records and this list of grades.

**Grade Listing For:**      Lane, Marshall Ross
**Enrollment Number:**      710608
**Course Code:**      MATH 1021
**Course Title:**      COLLEGE ALGEBRA
**Overall Course Grade:**      B
**Enrollment Date:**      05/24/2013
**Expiration Date:**      02/24/2014

**Exam Center:**
**Admin Name:**      MICHAEL PAVILONIS, PROCTOR
**Admin Addr Line1:**      FCI OTISVILLE
**Admin Addr Line2:**      FEDERAL CORRECTIONAL INST
**Admin Addr Line3:**      P.O. BOX 600
**City, State Zip:**      Otisville, NY 10963
**Admin Phone:**      845-386-6764      **Admin Fax:**

**Grades are reported as letter grades: A, B, C, D, and F. Other letters that may appear are the following:**

| P | Pass |
|---|------|
| I | Incomplete |
| H | Lesson on Hold |



Federal Bureau of Prisons
FCI Otisville
Certificate of Completion

MARSHALL LANE
26904-038

Is being recognized for his completion of the **Non-Residential Drug Abuse Program** here at FCI Otisville.   He is presented with this certificate of completion of the program.

This certificate is hereby issued this 21st day of March, 2014

P. Griffin, PhD, Drug Abuse Program Coordinator

E. M. Dariotis, M.Ed., Drug Treatment Specialist



# Community Outreach Program
## Certificate of Completion

The following individual,

# **Marshall Lane,**

Presented to:

### 51 students at **The Victor School**
### Acton, Massachusetts
### on May 9, 2016

CDR Coons, Social Worker _____



# Community Outreach Program
## Certificate of Completion

The following individual,

# **Marshall Lane,**

Presented to:

145 Students at Fitchburg High School
Fitchburg, Massachusetts
on April 3, 2017

CDR Coons, Social Worker <u>    Coons    </u>

LCDR Rasmussen, Social Worker 



# Community Outreach Program
## Certificate of Completion

The following individual,

## **Marshall Lane,**

Presented to:

95 kids at Worcester Police Department Gang Unit ~ Gang Camp
Worcester, Massachusetts
on July 24, 2017

CDR Coons, Social Worker _____

LCDR Rasmussen, Social Worker _____


# Certificate of Achievement

This Certifies That

## Marshall Lane

Has Successfully Completed

## Keyboarding with a minimum of 35 WPM

Note
I type
50 words per minute
These days

Date _____ April 6th 2012

_____ Awarded By

Mr. R. Allen

**Teknimedia** ™
Excellence in Computer Education

# Certificate of Achievement

This Certifies That

*Marshall Lane*

Has Successfully Completed

PCIC3  Internet and Computing Core Certification

CBT Program by Teknimedia

April 6, 2012
**Date**

*mr. k. alln*
**Mr. Allen**

# Certificate of Accomplishment

## Microsoft PowerPoint 2010



The FMC Devens Education Department is pleased to present this certificate to:

*Lane Marshall*

For successfully completing 110 hours of classroom study and computer lab workshop in PowerPoint 2010.

May 2017

Mr. J. Hicks
VT Computer Instructor

Note→ I'm currently enrolled in Microsoft Excel and word. This is the 2nd time training in these Programs.

# CERTIFICATE OF ACCOMPLISHMENT

This certificate is awarded to

*Marshall Lane*

For successfully completing the course in the formation and structure of a business plan at the FMC Devens Education Department, presented by SCORE®

May 19th, 2017

# SCORE

Counselors to America's Small Business ®

Mr. Keene, RPP Coordinator

BP-A0148
JUNE 1C

**INMATE REQUEST TO STAFF** CDFRM

**U.S. DEPARTMENT OF JUSTICE**

**FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) .  Ms. Akers | DATE: 10-30-2015 |
|---|---|
| FROM: Marshall Lane | REGISTER NO.: 26904-038 |
| WORK ASSIGNMENT: Welding | UNIT: I Unit |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary.  Your failure to be specific may result in no action being taken.  If necessary, you will be interviewed in order to successfully respond to your request.

I would like to request another Type writer with memory. I am enrolled in college courses, and the Type writers we have here are so old it is difficult to format an appropriate college papers. I would like to meet with you and discuss this matter further if possible.   Thank you for your time.

Marshall Lane

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date 11-2-15 |
|---|---|

Record Copy - File; Copy - Inmate

PDF

Prescribed by P5511

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR Privacy FOLDER

**SECTION 6**

Mr. Lane,

A limited number of typewriters are available for ==legal use only== by inmates in the Education Department. Inmates may be required to verify they are typing legal work. Unauthorized use of typewriters may result in disciplinary action. Inmates utilizing the typewriters will be required to provide their own typewriter ribbon and correction tape. These items are available for purchase through the commissary, with a possession limit of two of each item. Indigent inmates will be allowed to check out ribbons through the Education Department. Typewriters will not be reserved by inmates, and any paper or materials left at the typewriters after and between shifts will be considered contraband.

Due to low funding, typewriters will be limited and will not include memory. In addition, replacement of broken equipment will be dictated by funding.

K. Akers, Supervisor of Education

When I was at Otisville and Danbury the staff were very accommodating when it came to college work. I was afforded typewriters, even word processors. Ms. Akers was the head of education at FMC Devens.

Despite the restrictive educational atmosphere of Devens Camp, I completed my associates degree. Ms. Akers never met with me on this matter.



Name *Marshall Lane 26904-038*

Address *FMC, Devens Camp*

City *Ayer*     State *MA*  Zip *01432*

430 Technology Parkway
Norcross, GA 30092-3406
www.ashworthcollege.edu
770-729-9389 (fax)
1-800-224-7234

## Mandatory Graded Assignment

## Submission and Evaluation Form

Course Code and Title *S05H Social Problems*
(Example: C05 Business Communications II)

Lesson # *3*                    Student # *AC1308147*

### For Ashworth College Graders Only

*96* ___ Work Was Acceptable          Graded By *Bettye Griffin PhD*

_____ Work Was Not Acceptable*       Date Graded *10/14/15*

Comments *Please see attached*

*Note → This is a paper I*
*To   wrote on violence.*
*Judge*

_____

_____

_____

*Because your work was not acceptable, you are required to complete and submit the assignment again. We will keep a copy of your work on file for 60 days. If you have any questions about this assignment, you must contact us within 60 days.

Hello Marshall,

You performed well on the assignment. Information provided is
substantial, and provided real synthesis of the material!

**Directions:** Be sure to make a copy of your answer before submitting it to Ashworth University for
grading. Unless otherwise stated, answer in complete sentences, and be sure to use correct
English spelling and grammar. Sources must be cited in APA format. Your response
should be a minimum of one (1) single spaced page to a maximum of two (2) pages in
length.

Discuss three (3) changes that, according to the textbook, can be made in our society to reduce violence.
Begin with a summary of the change; then give examples; finally, agree or disagree with the textbook,
explaining the logic of your opinions. **(This was done well)**

**15/15 points**

1st Change: The student should discuss that the textbook says that norms, attitudes,
and values about the legitimacy of violence can be changed; this is best done in
children. Families, churches, schools, etc. need to be part of this process. The student
should give an example.

**17/18 points**

Opinion and Explanation on 1st Change: Answers will vary. Student should receive credit for a
reasonable and complete response.

**15/15 points**

2nd Change: The student should discuss that the textbook says that gun control
measures should be established. The student should give an example. The textbook
gives examples from Columbia, South America.

**17/18 points**

Opinion and Explanation on 2nd Change: Answers will vary. Student should receive credit
for a reasonable and complete response.

**15/15 points**

3rd Change: The student should discuss that the textbook says that violence in the
mass media should be reduced. The student should give an example. The textbook
gives the example of an experiment with children watching prosocial programs and
then playing with toys in prosocial ways.

**17/19 points**

Opinion and Explanation on 3rd Change: Answers will vary. Student should receive credit for a
reasonable and complete response.

**96/100** Good job overall! A few points were unclear.

Bettye Griffin, PhD

*Adjunct Faculty*

Your feedback is very important to me! Please complete this brief survey:
https://www.surveymonkey.com/s/X6GRPP9

Marshall Lane
AC1308147
S05H Social Problems
Lesson 3
6-2-2015

INTODUCTION:

Violence works to unravel peace and security in American society.
This is not a new problem; it is as old as time. Americans would
benefit if violence were eradicated or greatly reduced. Suffering
comes in many forms, but when it comes from those closest to us or
from people in our community, our percieved notions of civic safety
begin to crumble.
     The book outlines 3 changes society could make to reduce
violence. I will summerize these changes, then give some examples of
possible courses of action, and finish by agreeing or disagreeing
with the books sugestions. I'll also share some of my thoughts and
opinions.

1. First off, the book suggest that present norms, attitudes, and
values concerning violenc need to be changed; and that people should
learn alternatives to violence and aggression. One such attitude
that should be changed is the idea that violence can be solved by
violence. This idea is false, in effect violence perpetuates
violence. Another example is the norm of physical punishment.
Studies have concluded that over time, the use of physical
punishment increases the likelihood of delinquent and antisocial
behavior by children and is associated with violent crime in
adulthood ( Straus 1991; Straus, Sugarman, and Giles-Sims 1997).
     I agree with the book that violent norms, attitudes and values
should be changed. I also agree that children and adults should
learn alternatives to violence and aggression. I believe it is
possible for anyone to live up to their full potential, and have
success without using agression. It may even be crucial considering
altruism is ranked as the most desirable human trait. I know there
is a fine line between asertiveness and aggressiveness. Therefore,
all people should be trained in assertive communication.

2. The second change suggested by the book is gun-control measures.
It has been proven that gun-control measures reduce violence. When
two cities - Cali and Bogota - banned the carrying of firearms on
weekends, holidays, and election days the homicide rates went down
(Villaveces 2000). In another study researchers found in states
where laws were passed making gun owners responsible for storing
firearms so that they were inaccessible to children, unitentional
shooting deaths of children younger than 15 declined by 23% (
Cummings et al. 1997).
     I agree with the book. Guns should be seriously controled and,
in my opinion, eventually abolished. Guns serve 2 purposes: to harm
or to kill. With such a tool in peoples hands it only puts those
uses in their minds.

3. Thirdly, the book suggests that violence in the mass media should

be reduced. Especially violence in television marketed towards small children. Instead, the book suggests that prosocial behavior should be promoted more through television.

It's no secret that there is violence in television programming. A group of researchers at 4 universities analyzed 2,500 hours of television (Farhi 1997). They found some violence in 57% of the programs. A study by Eron (1987) found a significant correlation of .41 between the amount of violent television a child saw at 8 and aggressive behavior when the child reached the age of 30.

I agree with the book on this point. People are quick to mimic the behaviors the see in others. There have been many psychology studies done on this subject. The findings are unanimous, viewing violence elicits violent behavior in the viewer. In my opinion, mimicry is an obvious human behavior. There has ben much debate lately about mirror neurons in our frontal lobe that cause us to automatically conform to the behaviors of others. The amount of human behavior that is naturally reactive or willfully decisive is a mystery to me. Although I don't completely understand what causes people to act, I do believe by instilling altruistic and prococial values in the minds of children the possibilities for future violent behavior would be greatly reduced.

CONCLUSION:

Violence is pervasive in human culture and in nature. I'd say the difference between the two is that nature facilitates violence for survival needs, while human violence towards other humans is mostly for unnecessary percieved notions. I believe if we, as a world culture, can work together to instill positive values in the minds of our youth, while working to eliminate the current violent components that muddle the peace of our societies, in the near future the world will become a safer place.

REFERENCES

Social Problems and the quality of life/ Robert H. Lauer, Jeanette C. Lauer.-8th ed.

Cummings, Peter, David C. Grossman, Frederick P. Rivara, and Thomas D. Koepsell. 1997. "State gun safe storage laws and child mortality due to firearms."
Journal of the American Medical Association, 278 (October 1): 1084-86

Eron, Leonard D. 1987. "The development of aggressive behavior from the perspective of a developing behaviorism." American Psychologist 42 (March): 435-42

Farhi, Paul. 1996. "Harmful violence found to fill TV." Washington Post, February 6.

Straus, Murray A,. David B. Sugarman, and Jean Gile-Sims. 1997. "Spanking by parents and subsequent antisocial behavior of children." Archives of Pediatrics & Asolescent Medicine 151 (August): 761-67.

Villaveces, A., et al. 2000. "Effect of a ban on carrying firearms on homicide rates in two Colombian cities." Journal of the American Medical Association 283 (March 1): 1205-209.

Inmate # 26904-038

Name _Marshall Lane AC1308147_
Address _FMC, Devens Camp P.o. Box 879_
City _Ayer_   State _MA_ Zip _01432_

## ASHWORTH
COLLEGE

6625 The Corners Parkway
Suite 500
Norcross, GA 30092
www.ashworthcollege.edu
770-729-9389 (fax)
1-800-224-7234

## Writing Assignment

### Submission and Evaluation Form

Course Code and Title _M03C Organizational Behavior_
(Example: C05 Business Communications II)

Lesson # _4_          Student # _AC1308147_

#### For Ashworth College Graders Only

_100_ Work Was Acceptable          Graded By _Christen Garcia_

_____ Work Was Not Acceptable*    Date Graded _"12/1/15_

Comments _Marshall, you did a very good job on this assignment. You made great points. Your responses were thorough and clearly demonstrated your knowledge & understanding of the material._

*Because your work was not acceptable, you are required to complete and submit the assignment again. We will keep a copy of your work on file for 60 days. If you have any questions about this assignment, you must contact us within 60 days.

# LEARNING GUIDE                          LESSON 5

# Leadership, Power, Conflict, and Negotiation

## ■  *Overview*

In this lesson, students learn how leadership, power, conflict, and negotiation impact an organization. They are introduced to theories and approaches to leadership, and are presented with the differences and relationships between leadership, power and management. Finally, students are exposed to the conflict, the conflict process, and effective strategies for negotiating.

## ■  *Learning Objectives*

After completing this lesson, you should be able to:

- Explain theories and approaches to leadership.

- Describe how politics can influence an organization.

- Describe conflict and the stages of the conflict process.

- Examine effective negotiating strategies.

- Discuss the differences between leadership, power, and management.

Description of status and the barriers to effective communication
and their effect on business

Marshall R Lane

Ashworth College

DESCRIPTION OF STATUS AND THE BARRIERS TO EFFECTIVE COMMUNICATION          1.
## PART A - STATUS IN BUSINESS

1. Status is a socially defined position given to groups of
people or group members by others (Essentials of Organizational
Behavior - 12th Edition). Status is found in all human societies.
Status can denote power over people and resources, it can define
individual and group responsibilities, and it can shape social
perceptions attributed to certain individuals and groups.
      According to status characteristics theory; status comes
from the power a person wields over others, a person's ability
to contribute to a group's goals, or an individual's personal
characteristics (J. Berger, et al, 1977).

2. There could be many global implications due to status for an
international manager in western culture. For example, when Steve
Jobs was alive he was known for doing business with a lot of
foreign companies, along with outsourcing much of Apple's
production. Steve Jobs was a perfectionist, he wanted to get
the best product to his customers. He imported fine Italian
marble for his Apple stores, used state of the art gorilla glass
for his phones, and outsourced production to China.
      Since Steve Jobs had such a powerful reputation in business
different companies around the world were eager to do business
with Apple. Apple products are also sought after world wide.
Ultimately, Steve Jobs used his status, influence, power, and
presence to make Apple what it is today.
      Another example is the case of Elon Musk. Elon Musk is
an engineer who used his brilliance to turn his visions into
realities. After selling his company Pay Pal, Elon Musk was worth
over a billion dollars. He used the money to create two great
companies: Space X and Tesla. Space X broke into the new
arena of privatized space technologies, while Tesla created the
highest rated fully electric luxury car on the market. Many
people felt that Musk was going to fail, but he proved them all
wrong. He is now one of the most talked about people in business
around the  world. He is also influencing others to follow in
his footsteps. Because of Musk's status in the engineering
community, and his boundless enginuity he is considered one
of the smartest people on the planet.

3. An international manager in eastern culture might have to
adjust his cultural veiws of status to do business with his
western counterparts. For example, in China subordinates in a
company are expected to follow the orders of their bosses.
In western companies communication flows upward and downward.
A Chinese manager would have to take this into consideration
when communicating with western branches of his company.
Otherwise he might think his western emplyees are being defiant,
when they are only trying to help. Status also plays a big role
in the Middle East. There are a lot of wealthy sheikhs who own
and run oil companies. Westerners might consider these Sheikhs as
spoiled brats who were born with a silver spoon in their mouth. A
Sheikh who is doing business in a western setting might want to
be fluent in english and be well versed in the oil business
before holding meetings with his wester business partners.
Because, unlike in the Middle East where status is everything,
in the west his status will mean very little.

DESCRIPTION OF STATUS AND THE BARRIERS TO EFFECTIVE COMMUNICATION                          2.

## PART B - 4 BARRIERS TO EFFECTIVE COMMUNICATION

1. Language: Language can creat barriers to effective communication. America has a diverse work force full of people of varying ages and cultural backgrounds. This causes people to communicate in different ways. compounding these differences are the acronyms, slang, and abbreviations that proliferate in social and business circles, and this lingo is always changing. I've had to learn a few myself during the years of my incarceration. Thanks to Jersy Shore I had to have someone explain what DTF means. I was confused about selfies for a while. I even had a prison guard look up LGBT on the internet, so I would know who this new group of people are. Yeah, language can get pretty hairy, foshizzo. ;-0

2. Messages: Emotions distort messages. . People in positive moods are more likely to accept information at face value, where as people in negative moods tend to scrutinize messages in greater detail. (P. Brinol, et al, 2007)

      Emotions are also infectious. When people communicate emotionally, whether the emotion is positive or negative, others tend to pick up on the emotion and return a similar emotional response. People also interpret information depending on how they feel about certain individuals. If we don't like someone, we might never listen to what they are saying no matter how truthful, logical, or helpful it could be.

3. Communication apprehension: Many people feel fear or get anxious when communicating orally, in written form, or both. (S.K. Opt and D.A. Loffredo, 2010). People who fear oral communication avoid situations. This is detrimental to finding employment, since most jobs require some oral communication.

      Such behavior can cause inefficiencies at work. For example, a communication apprehensive might send an email where a phone call or meeting would be much more productive.

4. Lying: Lying or misrepresentation of information is a part of life in our society. In one diary study, the average person reported telling one to two lies per day, with some individuals telling considerably more (B.M. Depaulo, et al, 2010). Lies are not easily detectable either. Lies are very damaging, because they cause people to make judgments and decisions based on false information, which can hurt everyone involved. For example, say a stock broker tells all his investors to invest in a certain stock because he has inside information that the stock will go up, but in actuality he knows it is going down. So he puts all the investors money including some of his own on a naked put option. He then collects the profit when it goes down, and convinces his investors that they lost their money. That is a pretty bad lie.

## PART B - QUESTION 2

1. A good example of downward oral communication is the imaginary conversation between the assistant manager of a Target store John Mayer and Billy Rockfall, his sales clerk. John says, "hey Billy, I really love your register display, but I think it would be better if you moved the Celebrity Trash magazines closer to the counter. It's easier for the customer to see. Plus, those magazines have been really hot sellers ." Billy replies, "That's a really great idea boss. I wish I had thought of it, I will get right on it."

An example of upward written communication is when Billy Rockfall writes an email to the manager of the Target store Ron Bergstrom. The email says, "Ron, John thinks I should keep Celebrity Trash magazine right over the counter where people can see it. The result is people look at the magazine before they buy their merchandise, then stuff it back in the wrong spot. Nobody ever buys the magazine and I just end up cleaning up the mess. Do you mind if I put some bubble gum over the counter instead of that crappy magazine? Sincerely Billy."

An example of lateral communication is when Billy talks to Cindy Picklemore, the sales clerk who works the register next to Billy's register. The conversation goes something like this. Billy says, "Hey Cindy do you have any Celebrity Trash magazines in your magazine rack?" Cindy responds, "No, I sold out of those, so I filled the empty spot on the rack with Moose's Unlimited magazine." Billy retorts, "would you mind if I swap some of my Celebrity Trash magazine for a few of your Moose's Unlimited?" Cindy responds, "no problem." Billy responds with a smile and a nod.

DESCRIPTION OF STATUS AND THE BARRIERS TO EFFECTIVE COMMUNICATION

## REFERENCES

*Essentials of Organizational Behavior*, Twelfth Edition
by Stephen P. Robbins and Timothy A. Judge
Copyright © 2014, 2012, 2010 by Pearson Education
Published by Pearson Education, Inc.
Boston, Massachusetts 02116

See J. Berger, M. H. Fisek, R. Z. Norman, and M. Zelditch, *Status Characteristics and Social Interaction: An Expected States Approach* (New York: Elsevier, 1977).

P. Briñol, R. E. Petty, and J. Barden, "Happiness Versus Sadness as a Determinant of Thought Confidence in Persuasion: A Self-Validation Analysis," *Journal of Personality and Social Psychology* 93, no. 5 (2007), pp. 711–727.

B. M. Depaulo, D. A. Kashy, S. E. Kirkendol, M. M. Wyer, and J. A. Epstein, "Lying in Everyday Life," *Journal of Personality and Social Psychology* 70, no. 5 (1996), pp. 979–995; and K. B. Serota, T. R. Levine, and F. J. Boster, "The Prevalence of Lying in America: Three Studies of Self-Reported Lies," *Human Communication Research* 36, no. 1. (2010), pp. 2–25.

See, for instance, S. K. Opt and D. A. Loffredo, "Rethinking Communication Apprehension: A Myers-Briggs Perspective," *Journal of Psychology* (September 2000), pp. 556–570; and B. D. Blume, G. F. Dreher, and T. T. Baldwin, "Examining the Effects of Communication Apprehension within Assessment Centres," *Journal of Occupational and Organizational Psychology* 83, no. 3 (2010), pp. 663–671.